939 A.2d 223

IN THE MATTER OF ANTHONY N. THOMAS,
AN ATTORNEY AT LAW.

January 18, 2008.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 06–337, concluding that as a matter of reciprocal

discipline pursuant to *Rule* 1:20–14, **ANTHONY N. THOMAS** of **HARRISBURG, PENNSYLVANIA,** who was admitted to the bar of this State in 2000, should be suspended from the practice of law for a period of one year based on discipline imposed in the Commonwealth of Pennsylvania that in New Jersey constitutes violations of *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) and (c) (failure to communicate with client and to explain matter to extent reasonably necessary to permit the client to make informed decisions regarding the representation), *RPC* 1.5(b) (failure to set forth, in writing, the basis or rate of the fee), *RPC* 1.16(d) (failure to protect client's interest on termination of representation), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **ANTHONY N. THOMAS** is suspended from the practice of law for a period of one year and until the further Order of the Court, effective immediately; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.